LAW OFFICES
DAVID S. GREENFIELD
100 LAFAYETTE STREET • SUITE 502 NEW YORK, N.Y. 10013
(212) 481-9350
TELECOPIER (212) 571-5507

December 2, 2024

**VIA ECF**

Hon. Jesse M. Furman
United States District Court Judge
  Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v. Luis Torres**, 24-cr-459 (JMF)

Dear Judge Furman:

    I am CJA counsel to Luis Torres. I write, with no objection from the government, to respectfully request an adjournment of Mr. Torres' sentencing currently scheduled for December 18, 2024.

    The defense needs additional time to collect materials, including letters of support, that it believes are important to present the Court with a fulsome sentencing submission.

    If convenient for the Court, the parties request a date for the week of January 20, 2025.

    Thank you.

Respectfully submitted,

/s/

David S. Greenfield

cc:    All Parties (via ECF)

Application GRANTED. Sentencing is ADJOURNED to January 23, 2025, at 2:15 p.m. The Clerk of Court is directed to terminate Docket No. 36. SO ORDERED.

December 2, 2024